(September 17, 2009)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE R. ORTIZ, Appellant. [885 NYS2d 237]—Appeal from a judgment of the County Court of Saratoga County (Scarano, J.), rendered June 29, 2007, convicting defendant upon his plea of guilty of the crime of criminal possession of a controlled substance in the fourth degree.

In satisfaction of a six-count indictment, defendant pleaded guilty to criminal possession of a controlled substance in the fourth degree and waived his right to appeal. He was sentenced, in accordance with the plea agreement, to four years in prison, followed by three years of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Consequently, the judgment is affirmed and counsel's application for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Peters, J.P., Spain, Lahtinen, Kavanagh and Garry, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.